# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BRIAN L. COOK,

                Petitioner

        v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, DONALD HARKOM, DONALD TALLEY, MINDY LOU GRANLUND, ANDREA WAKEFIELD, BONNIE STOGNIEF, AND CHRISTOPHER J. COMISKY,

                Respondents

No. 354 MAL 2015

Petition for Allowance of Appeal from the Order of the Commonwealth Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 14th day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.